# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DATA CARRIERS, LLC, | |
| Plaintiff, | |
| v. | C.A. No. 12-934-LPS |
| BUY.COM INC., | |
| Defendant. | |

## STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

The Plaintiff Data Carriers, LLC and Defendant Buy.com Inc. pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all Plaintiff's claims in this action WITH PREJUDICE and all Defendant Buy.com Inc. claims in this action WITHOUT PREJUDICE, subject to the terms of that certain agreement entitled "SETTLEMENT AND LICENSE AGREEMENT" and dated January 11, 2013 and February 7, 2013, with each party to bear its own costs, expenses and attorneys' fees.

Dated: April 9, 2013

| BAYARD, P.A. | MORGAN, LEWIS & BOCKIUS LLC |
|---|---|
| /s/ Stephen B. Brauerman | /s/ Colm F. Connolly |
| Richard D. Kirk (No. 922) | Colm F. Connolly (Bar No. 3151) |
| Stephen B. Brauerman (No. 4952) | The Nemours Building |
| Vanessa R. Tiradentes (No. 5398) | 1007 N. Orange Street, Suite 501 |
| 222 Delaware Avenue, Suite 900 | Wilmington, DE 19801 |
| Wilmington, DE 19801 | (302) 574-7290 |
| (302) 655-5000 | cconnolly@morganlewis.com |
| rkirk@bayardlaw.com | |
| sbrauerman@bayardlaw.com | |

*Attorneys for Plaintiff*
*Data Carriers, LLC*

| | |
|---|---|
| OF COUNSEL: | OF COUNSEL: |
| Marc A. Fenster<br>Benjamin T. Wang<br>RUSS, AUGUST & KABAT<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA 90025-1031<br>(310) 826-7474 | Jason C. White<br>Morgan, Lewis & Bockius LLC<br>77 W. Wacker Drive, Suite 500<br>Chicago, IL 60601<br>(312) 324-1775<br>jwhite@morganlewis.com |
| | *Attorneys for Defendant Buy.com Inc.* |